CLOSED, MULTI-DISTRICT, STD, TRANSFER-OUT

**U.S. District Court**
**DISTRICT OF ARIZONA (Phoenix Division)**
**CIVIL DOCKET FOR CASE #: 2:07-cv-02150-NVW**
**Internal Use Only**

Bradbury v. C.R. Bard, Inc et al
Assigned to: Judge Neil V Wake
Case in other court: Maricopa County Superior Court, CV2007-011684
Cause: 28:1332 Diversity-Product Liability

Date Filed: 11/05/2007
Date Terminated: 03/12/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Carmell R. Adams Bradbury**
*a single woman*

represented by **Frank Verderame**
Plattner Verderame PC
PO Box 36570
Phoenix, AZ 85067-6570
602-266-2002
Fax: 602-266-6908
Email: fverderame@plattner-verderame.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. Bard, Inc**
*a foreign corporation*

represented by **Thomas M Hoidal**
The Law Office of Thomas M Hoidal PLC
111 W Monroe St
Ste 1210
Phoenix, AZ 85003-1732
602-254-0202
Fax: 602-254-0404
Email: thoidal@hoidallawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Inc.**
*a subsidiary of C.R. Bard, Inc.*

represented by **Thomas M Hoidal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe**
*I*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2007 | 1 | NOTICE OF REMOVAL from Maricopa County Superior Court, case number CV2007-011684 Filing fee received: $ 350.00, receipt number 1539725, filed by C.R. Bard, Inc, Davol, Inc., John Doe 1. (Attachments: # 1 Civil Cover Sheet # 2 Supplemental Civil Cover Sheet# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D)(Hoidal, Thomas) (Entered: 11/05/2007) |
| 11/05/2007 | 2 | Corporate Disclosure Statement by C.R. Bard, Inc, Davol, Inc.. (Hoidal, Thomas) (Entered: 11/05/2007) |
| 11/05/2007 | | This case has been assigned to the Honorable Neil V. Wake. All future pleadings or documents should bear the correct case number: CIV-07-2150-PHX-NVW. (entered by HLA) (Entered: 11/06/2007) |
| 11/05/2007 | | ***STATE COURT RECORD RECEIVED 11/5/07: SUMMONS Returned Executed as to C.R. Bard, Inc., served on 10/17/2007. FILED IN STATE COURT on 10/22/07, ENTERED IN DISTRICT COURT on 11/5/07 FOR CASE MANAGEMENT PURPOSES**** (HLA) (Entered: 11/08/2007) |
| 11/05/2007 | | ***STATE COURT RECORD RECEIVED 11/5/07: SUMMONS Returned Executed at to Davol, Inc., served by certified mail on 10/18/2007. FILED IN STATE COURT on 10/22/07, ENTERED IN DISTRICT COURT on 11/5/07 FOR CASE MANAGEMENT PURPOSES**** (HLA) (Entered: 11/08/2007) |
| 11/06/2007 | 3 | Notice of Removal Letter from USDC, District of Arizona (HLA) (Entered: 11/06/2007) |
| 11/06/2007 | 4 | Magistrate Consent Form (HLA) (Entered: 11/06/2007) |
| 11/07/2007 | 5 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses of Defendants* by C.R. Bard, Inc, Davol, Inc..(Hoidal, Thomas) (Entered: 11/07/2007) |
| 11/07/2007 | 6 | ORDER issued: Scheduling Conference set for 12/21/2007 at 10:00 AM before Judge Neil V Wake. Signed by Judge Neil V Wake on 11/7/07. (SJF) (Entered: 11/07/2007) |
| 11/30/2007 | 7 | MOTION to Stay re Proceedings *Pending Transfer to Federal MDL* by C.R. Bard, Inc, Davol, Inc.. (Attachments: # 1 Text of Proposed Order)(Hoidal, Thomas) (Entered: 11/30/2007) |
| 12/04/2007 | 8 | ORDER that Dfts' Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL 7 is denied. FURTHER ORDERED that the Rule 16 Scheduling Conference is continued to February 22, 2008, at 11:30 a.m. The deadline for filing the joint case management report is extended to |

| | | |
|---|---|---|
| | | February 14, 2008. Signed by Judge Neil V Wake on 12/4/07.(KMG) (Entered: 12/04/2007) |
| 12/04/2007 | | (Court only) Reset Deadlines/Hearings re 8 Order on Motion to Stay, : Scheduling Conference set for 2/22/2008 11:30 AM before Judge Neil V Wake. (KMG) (Entered: 12/04/2007) |
| 02/05/2008 | 9 | TEXT-ONLY MINUTE ORDER: Due to a conflict on the Court's calendar, Scheduling Conference, presently set for 2/22/08 at 11:30 AM, is VACATED and RESET to 3/4/2008 at 09:00 AM before Judge Neil V Wake. The deadline for filing the joint case management report is extended to 2/25/08. (SJF)(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 02/05/2008) |
| 02/07/2008 | 10 | MOTION to Vacate re Scheduling Conference and Notice of Filing Transfer Order by C.R. Bard, Inc, Davol, Inc.. (Attachments: # 1 Exhibit)(Hoidal, Thomas) Modified on 2/8/2008 (SAT). DOCUMENT NOT IN COMPLIANCE WITH LRCiv 7.1(c). ATTORNEY NOTICED. (Entered: 02/07/2008) |
| 02/12/2008 | 11 | ORDER granting, in parrt, 10 Motion to Vacate. Scheduling conference continued to 5/9/08 at 9:30 a.m. before Judge Wake. Signed by Judge Neil V Wake on 2/12/08.(SJF) (Entered: 02/12/2008) |
| 02/12/2008 | | (Court only) Set/Reset Hearings re 11 Order on Motion to Vacate : Scheduling Conference set for 5/9/2008 09:30 AM before Judge Neil V Wake. (SJF) (Entered: 02/12/2008) |
| 03/12/2008 | 12 | CERTIFIED MDL TRANSFER ORDER. Transferring case to District of Rhode Island to be part of MDL-1842. (MAP) (Entered: 03/12/2008) |
| 03/12/2008 | 13 | Case transferred to District of Rhode Island. Certified Copy of Transfer Order, Docket Sheet, Transmittal Letter, Notice of Removal and Answer emailed to DIstrict of Rhode Island this date. (MAP) (Entered: 03/12/2008) |

I hereby attest and certify on 3.12.08
that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

by ____________ Deputy